IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**PAULA ZELESNIK,**

    **Plaintiff,**

                                            **Case No.: 2:18-cv-1225**
**vs.**                                          **JUDGE GEORGE C. SMITH**
                                            **Magistrate Judge Deavers**

**NASA,** *et al.***,**

    **Defendants.**

## ORDER

On October 23, 2018, the United States Magistrate Judge issued an *Order and Report and Recommendation* granting Plaintiff's Motion to Proceed *in forma pauperis* and on the initial screen, recommending dismissal of Plaintiff's claims for failure to state a claim upon which relief may be granted. (*See Order and Report and Recommendation*, Doc. 4). The parties were advised of their right to object to the *Order and Report and Recommendation* and of the consequences of their failure to do so. There has nevertheless been no objection to the *Order and Report and Recommendation*.

The *Order and Report and Recommendation* is hereby **ADOPTED** and **AFFIRMED.** Plaintiff's Motion to Proceed *in forma pauperis* is **GRANTED.** Plaintiff's claims are hereby **DISMISSED** pursuant to Section 1915(e)(2) for failure to state a claim upon which relief may be granted.

The Clerk shall remove Document 4 from the Court's pending motions list and terminate this case.

**IT IS SO ORDERED**.

/s/ *George C. Smith*
**GEORGE C. SMITH, JUDGE**
**UNITED STATES DISTRICT COURT**